1  Todd M. Friedman (216752)
   tfriedman@attorneysforconsumers.com
2  Law Offices of Todd M. Friedman, P.C.
3  324 S. Beverly Dr. #725
   Beverly Hills, CA 90212
4  Phone: 877-206-4741
5  Fax: 866-633-0228
6  Attorneys for Plaintiff JOSHUA SLATKIN COHEN
7
8  Robinson Di Lando APLC
   Michael C Robinson, Jr. (SBN 120308)
9  George K Rosenstock (SBN 117 515)
10 800 Wilshire Boulevard Suite 750
   Los Angeles, CA 90017-2687
11 213-229-0100
12 213-229-0114 (fax)
   mrobinson@rdwlaw.com
13 grosenstock@rdwlaw.com
14
   Attorneys for Defendant STARVING STUDENTS, INC.
15

16              **UNITED STATES DISTRICT COURT**
17              **CENTRAL DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| **JOSHUA COHEN SLATKIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | Case No.: 2:13-cv-08383-DSF-VBK |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL** |
| vs. | |
| **STARVING STUDENTS, INC.,** | |
| Defendant. | |

Joint Stipulation for Dismissal

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss the individual claims with prejudice and the putative class claims without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own attorneys fees and Plaintiff shall pay Defendant his reasonable Court Costs of five-dollars ($5.00). A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 13th day of June, 2014

By: /s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: /s/ George K. Rosenstock
Robinson Dilando APC
Attorney for Defendant

## Certification of Compliance with C.D. Cal. L.R. 5-4.3.4

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 13, 2014.

> By: /s/ Todd M. Friedman
> Law Offices of Todd M. Friedman, P.C.
> Attorney for Plaintiff

Filed electronically on this 13th day of June, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

George K. Rosenstock
Robinson Dilando APC
Attorney for Defendant

This 13th day of June, 2014.

/s/Todd M. Friedman
Todd M. Friedman

Joint Stipulation for Dismissal