JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA COHEN SLATKIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>vs.<br><br>**STARVING STUDENTS, INC.,**<br><br>Defendant. | Case No.: 2:13-cv-08383-DSF-VBK<br><br>**ORDER RE STIPULATION FOR DISMISSAL** |

[Proposed] Order

1     IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties,
2 the Court hereby dismisses Plaintiff Joshua Cohen Slatkin's individual claims
3 against Defendant Starving Students, Inc., with prejudice, and the putative class
4 claims without prejudice, pursuant to Federal Rules of Civil Procedure
5 41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and Plaintiff shall
6 pay Defendant his reasonable Court Costs of five-dollars ($5.00).

8 IT IS SO ORDERED

9 Dated:___6/17/14_____      *Dale S. Fischer*
10      _____
11      The Honorable Dale S. Fischer
     United States District Judge